ACCEPTED
03-14-00283-CV
6814101
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/7/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK



**Schulman, Lopez, Hoffer & Adelstein** LLP

517 SOLEDAD STREET
SAN ANTONIO, TEXAS 78205-1508
TELEPHONE: (210) 538-5385    FACSIMILE: (210) 538-5384
WWW.SLH-LAW.COM & WWW.K12LAW.COM

ROBERT A. SCHULMAN
RSCHULMAN@SLH-LAW.COM

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/5/2015 1:42:11 PM
JEFFREY D. KYLE
Clerk

*ATTORNEYS AND COUNSELORS FOR TEXAS PUBLIC SCHOOLS AND LOCAL GOVERNMENT*

September 5, 2015

By E-Filing Submission

Jeffrey D. Kyle, Clerk
Court of Appeals
Attn: Liz Talerico, Deputy Clerk
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

**RE:    Court of Appeals Number:        03-14-00283-CV; 03-14-00360-CV**
**Trial Court Case Number:        D-1-GN-14-000672**

**Style: Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity v. American YouthWorks, Inc. d/b/a American YouthWorks Charter School**

**Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity v. American YouthWorks, Inc. d/b/a American YouthWorks Charter School; Honors Academy, Inc. d/b/a Honors Academy Charter School and Azleway Charter School**

Dear Ms. Talerico:

In response to your September 2, 2015 notice regarding scheduling of oral argument in the above referenced proceedings, this letter will serve to confirm that the undersigned and Joseph E. Hoffer will appear on September 24, 2015 at 9:00 AM to present oral argument on behalf of American YouthWorks, Inc. d/b/a American YouthWorks Charter School.

Please note the correct name of our law firm (effective April 1, 2015) for your records.

*Schulman, Lopez, Hoffer & Adelstein, LLP—Trusted advisers and advocates for Texas independent school districts, charter schools and local governments offering accessible, responsive legal representation to our clients.*

Yours truly,

**SCHULMAN, LOPEZ,
HOFFER & ADELSTEIN, LLP**

Robert A. Schulman

RAS:cap

cc:     **By Email Transmission (and E-Filing Notification)**

Mr. Joseph E. Hoffer
(Firm)

Ms. Shelley N. Dahlberg
Assistant Attorney General
General Litigation Division

Mr. Kevin O'Hanlon
O'Hanlon, McCollum & Demerath

Ms. Susan G. Morrison
The Fowler Law Firm, PC

